Bennie E. DEMPS,
Petitioner–Appellant,

v.

Richard L. DUGGER, as Secretary, Department of Corrections, State of Florida, Respondent–Appellee.

No. 87–3767.

United States Court of Appeals,
Eleventh Circuit.

Nov. 4, 1987.

Robert Harper, Larry Helm Spalding, Capital Collateral Representative, Mark Evan Olive, Chief Asst. Capital Collateral Representative, Tallahassee, Fla., for petitioner-appellant.

Mark Menser, Asst. Atty. Gen., Tallahassee, Fla., for respondent-appellee.

Before FAY, JOHNSON and CLARK, Circuit Judges.

BY THE COURT:

The execution of petitioner, Bennie E. Demps, is STAYED until further order of this Court.

This Court hereby GRANTS petitioner a certificate of probable cause as to his "*Hitchcock* claim". As to all other claims, the request for certificate of probable cause is DENIED.